UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERESA AMARO,

        Plaintiff,

  v.

SAXON MORTGAGE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

        Defendants.

Case No. EDCV 12-00187 VAP(DTBx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Saxon Mortgage Services, Inc., and Mortgage Electronic Registration Systems, Inc. be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 1, 2012

                              VIRGINIA A. PHILLIPS
                       United States District Judge