O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA AMARO,<br><br>        Plaintiff,<br><br>  v.<br><br>SAXON MORTGAGE SERVICES,<br>INC., et al.<br><br>        Defendants. | Case No. EDCV 12-00187 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against CitiMortgage, Inc. be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 1, 2012

                              VIRGINIA A. PHILLIPS
                              United States District Judge