JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA AMARO,<br><br>        Plaintiff,<br><br>    v.<br><br>SAXON MORTGAGE SERVICES, INC., et al.,<br><br>        Defendants. | Case No. EDCV 12-00187 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 9, 2012</u>

                              VIRGINIA A. PHILLIPS
                    United States District Judge